AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Northern Mariana Islands

LAW OFFICE OF DOUGLAS F. CUSHNIE,
a sole proprietorship, and DOUGLAS
F. CUSHNIE, individually,
          Plaintiff,
    V.
BANK OF HAWAII and MARY ROE
and JOHN DOE,
          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07- **0 0 2 0**

TO: (Name and address of Defendant)

Bank of Hawaii, c/o
John Osborn
Carlsmith Ball LLP
Capitol Hill, Saipan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOUGLAS F. CUSHNIE
P.O. BOX 500949
Saipan, MP  96950

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(By) DEPUTY CLERK

DATE  JUN - 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: June 7, 2007

NAME OF SERVER (PRINT): SanNicolas, Jesus L.
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Work: Secretary Marylyn T. Camacho (BOH) served: 6/7/07 at 1:31 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/07

Signature of Server

Address of Server: P.O. Box 501874, Saipan MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.