1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
   Bank of Hawaii

```
                            F I L E D
                               Clerk
                            District Court

                            JUL 1 9 2007

                    For The Northern Mariana Islands
                    By_____
                            (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br><br>STIPULATION AND ORDER |

    Come now the parties and hereby stipulate and agree that Defendant Bank of Hawaii shall have until July 27, 2007 to respond to Plaintiffs' Complaint.

    IT IS SO STIPULATED.

LAW OFFICE OF DOUGLAS F. CUSHNIE

DATED: Saipan, MP, July 19, 2007.

*/s/ Douglas F. Cushnie*
DOUGLAS F. CUSHNIE
Attorneys for Plaintiffs
Law Office of Douglas F. Cushnie, a sole proprietorship, and Douglas F. Cushnie, individually

4812-8247-3473.2.010028-02734

|   |   |
|---|---|
| | CARLSMITH BALL LLP |
| DATED: Saipan, MP, July 19, 2007. | /s/ *John D. Osborn*<br>JOHN D. OSBORN<br>Attorneys for Defendant<br>Bank of Hawaii |

# ORDER

The Court having reviewed the Stipulation of counsel finds that the same should be and hereby is approved. Defendant Bank of Hawaii shall have until July 27, 2007 to respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: JUL 1 9 2007          , 2007.        _____
                                            ALEX R. MUNSON
                                            Judge