1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
   Bank of Hawaii
6

7

8                      UNITED STATES DISTRICT COURT

9                              FOR THE

10                    NORTHERN MARIANA ISLANDS

11  LAW OFFICE OF DOUGLAS F. CUSHNIE,          CIVIL ACTION NO. 07-0020
    a sole proprietorship, and DOUGLAS F.
12  CUSHNIE,  individually,

13              Plaintiffs,
                                               NOTICE OF HEARING
14       vs.

15  BANK OF HAWAII and MARY ROE and
    JOHN DOE,
16
                Defendants.
17

18

19        NOTICE IS HEREBY GIVEN that the Defendant Bank of Hawaii's Motion to Dismiss

20  For Failure to State a Claim Upon Which Relief Can Be Granted shall come on for hearing

    before the above-entitled Court on September 20, 2007 at 9:00 a.m. o'clock, or as soon thereafter
21
    as counsel may be heard.
22

23                                             CARLSMITH BALL LLP

24

25  DATED: Saipan, MP, July 27, 2007.        /s/ John D. Osborn_____
                                             JOHN D. OSBORN
26                                           Attorneys for Defendant
                                             Bank of Hawaii
27

28

    4826-6325-2993.1.010028-02734