DOUGLAS F. CUSHNIE
P.O. Box 500949
Saipan MP 96950
Telephone No. (670) 234-6830
Facsimile: (670) 234-9723
Email : abogados@pticom.com

Attorney for Plaintiffs

## UNTIED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, | ) ) ) ) | CIVIL CASE NO. 07-0020 |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION |
| BANK OF HAWAII and MARY ROE and JOHN | ) ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated by and between the parties hereto through their respective counsel that the Plaintiff's response to the defendant Bank of Hawaii's Motion to Dismiss will be filed on September 06, 2007 and the Defendant's Reply will be filed on September 13, 2007.

This change will have no effect on the hearing date set for September 20, 2007, at 9:00 o'clock a.m..

_____
DOUGLAS F. CUSHNIE
Attorney for Plaintiffs

_____
JOHN D. OSBORN
Attorney for Defendants

DOUGLAS F. CUSHNIE
P.O. Box 500949
Saipan MP 96950
Telephone No. (670) 234-6830
Facsimile: (670) 234-9723
Email : abogados@pticom.com

Attorney for Plaintiffs

## UNTIED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF HAWAII and MARY ROE and JOHN <br><br> Defendants. | CIVIL CASE NO. 07-0020 <br><br><br><br><br> ORDER |

Based on the stipulation of the parties Plaintiff's response to the defendant Bank of Hawaii's Motion to Dismiss will be filed on September 06, 2007 and the Defendant's Reply will be filed on September 13, 2007.

SO ORDERED this _____ day of August, 2007.

_____
ALEX R. MUNSON
JUDGE