MINITES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-07-0020                                                   September 20, 2007
                                                             9:00 a.m.


**LAW OFFICE OF DOUGLAS F. CUSHNIE, ET AL. -vs- BANK OF HAWAII, ET AL.**


PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             Tina Matsunaga, Courtroom Deputy
             Douglas Cushnie, Attorney for Plaintiff
             John Osborn, Attorney for Defendant


PROCEEDINGS:   MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON
               WHICH RELIEF CAN BE GRANTED

    Plaintiffs were represented in court by Douglas F. Cushnie. Attorney John Osborn was present on behalf of Defendant Bank of Hawaii.

    Court advised parties on tentative ruling GRANTING in Part and DENYING in Part Defendant's Motion to Dismiss.

    Court adopted tentative ruling and advised counsels that an order would be forthcoming.

                                                   Adjourned 9:10 a.m.


                                                   /s/ Tina Matsunaga, Courtroom Deputy