FILED
Clerk
District Court

SEP 24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   CARLSMITH BALL LLP

2   JOHN D. OSBORN
    Carlsmith Building, Capitol Hill
3   P.O. Box 5241
    Saipan, MP 96950-5241
4   Tel No. 670.322.3455

5   Attorneys for Defendant
    Bank of Hawaii
6
7
8
9                UNITED STATES DISTRICT COURT
10                         FOR THE
11               NORTHERN MARIANA ISLANDS

12  | LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, | CIVIL ACTION NO. 07-0020 |
13  |
14  | Plaintiffs, | |
15  | vs. | STIPULATION AND ORDER |
16  | BANK OF HAWAII and MARY ROE and JOHN DOE, | |
17  |
18  | Defendants. | |

19
     Come now the parties and stipulate as follows:
20
     1.   Plaintiffs shall have until October 11, 2007 to file an Amended Complaint.
21
   Plaintiffs shall be entitled to additional time to file such Amended Complaint if additional time is
22
   needed.
23
     2.   Defendant Bank of Hawaii shall have until October 25, 2007 to file its Answer or
24
   otherwise respond to Plaintiff's Amended Complaint. Defendant Bank of Hawaii shall be
25
   entitled to additional time to file its answer or otherwise respond to Plaintiffs' Amended
26
   Complaint if additional time is needed.
27
28

4829-4618-1121.1.010028-02734

|   |   |
|---|---|
|   | CARLSMITH BALL LLP |
| DATED: Saipan, MP, September 21, 2007. | /s/ John D. Osborn<br>JOHN D. OSBORN<br>Attorneys for Defendant<br>Bank of Hawaii |
|   | LAW OFFICE OF DOUGLAS F. CUSHNIE |
| DATED: Saipan, MP, September 21, 2007. | /s/ Douglas F. Cushnie<br>DOUGLAS F. CUSHNIE<br>Attorneys for Plaintiffs |

## O R D E R

The Court being duly advised in the premises approves the Stipulation of the parties.

IT IS SO ORDERED.

Dated: __9-24__, 2007.        _____
                                                              ALEX R. MUNSON
                                                                    Judge

4829-4618-1121.1.010028-02734                    -2.-