IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, A SOLE PROPRIETORSHIP, ET AL.<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>BANK OF HAWAII, ET AL.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>07-0200<br><br>AFFIDAVIT OF SERVICE OF:<br>ANSWER TO FIRST AMENDED COMPLAINT; THIRD PARTY COMPLAINT; EXHIBITS; THIRD PARTY SUMMONS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **3rd day of November, 2007, at 9:11 AM**, at the address of **13610 N 51ST Avenue APT 137, GLENDALE, Maricopa** County, **AZ 85304**; this affiant served the above described documents upon **LUCY M. DL GUERRERO**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **LUCY M. DL GUERRERO, NAMED DEFENDANT, A Pacific Islander female approx. 40-45 years of age with black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **3rd day of November, 2007**.

_____
Rich Kingdon, Reg. # 7238, Maricopa, AZ


SUBSCRIBED AND SWORN to before me this 3rd day of November, 2007

_____
NOTARY PUBLIC in and for the State of **Arizona**
Residing at: Maricopa County, AZ
My Commission Expires: 8/22/2010

Michael P. Tannery
Notary Public - Arizona
Maricopa County
My Commission Expires
August 22, 2010

FOR: **LexisNexis File & Serve SOP**
REF: **16823712**

ORIGINAL PROOF OF SERVICE

Tracking #: **8213137 SEA**