CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant and
Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br>PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT AND THIRD PARTY PLAINTIFF BANK OF HAWAII<br><br>Case Management Conference<br><br>Date:   March 21, 2008<br>Time:   9:30 a.m.<br>Judge:  Hon. Alex R. Munson |
| BANK OF HAWAII,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>Third-Party Defendant. | |

Comes now the Defendant and Third Party Plaintiff Bank of Hawaii and pursuant to

Fed.R.Civ.P. 26(a) and LR 16.2 CJ(d), by and through its attorneys of record, Carlsmith Ball

4824-4977-8946.1.010028-02734

1  LLP, and hereby files it Pre-Discovery Disclosure Statement.

2      A.    <u>Individuals likely to have discoverable information:</u>

| | | |
|---|---|---|
| 1. | Plaintiff Douglas F. Cushnie | Office policies and procedures; damages claimed; CPA billings; contacts with Bank of Hawaii |
| 2. | Lucy M. DL Guerrero | Cashing of checks at Bank of Hawaii |
| 3. | Shirley Duenas, Saipan, CNMI | Check cashing by Lucy M. DL Guerrero |
| 4. | Aquida Camacho, Saipan, CNMI | Check cashing by Lucy M. DL Guerrero |
| 5. | Agnes Cepeda, Saipan, CNMI | Check cashing by Lucy M. DL Guerrero |
| 6. | Elisa San Nicolas, Bank of Hawaii, Saipan | Check cashing by Lucy M. DL Guerrero |

    B.    <u>Description of documents and tangible things in the custody and control of Defendant and Third Party Plaintiff that are relevant to disputed facts alleged with particularity in the pleadings</u>

    1.    Bank of Hawaii account documents

    2.    Copies of cancelled checks on Plaintiff Bank of Hawaii accounts.

    3.    Copies of bank statements on Plaintiff Bank of Hawaii accounts.

    4.    Correspondence with Plaintiff

    5.    Bank of Hawaii Branch Operation Manual.

    C.    <u>Computation of damages</u>

No computation of damages has been made by Defendant and Third Party Plaintiff as of this date.

    D.    <u>Insurance Agreement</u>

There is no applicable insurance policy.

///

///

|   |   |
|---|---|
|   | CARLSMITH BALL LLP |
| DATED: Saipan, MP, March 11, 2008. | /s/ *John D. Osborn* <br> JOHN D. OSBORN <br> Attorneys for Defendant and <br> Third Party Plaintiff, Bank of Hawaii |

4824-4977-8946.1.010028-02734                     -3.-