| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN<br>Carlsmith Building, Capitol Hill |
| 3 | P.O. Box 5241<br>Saipan, MP 96950-5241 |
| 4 | Tel No. 670.322.3455 |
| 5 | Attorneys for Defendant and<br>Third-Party Plaintiff, Bank of Hawaii |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br><br><br><br>REQUEST TO CLERK FOR ENTRY OF DEFAULT |
| BANK OF HAWAII,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>Third-Party Defendant. | |

TO: Galo L. Perez, Clerk
United States District Court for
the Northern Mariana Islands

4843-6238-1570.1.010028-02734

1  Please enter the default of Third Party Defendant Lucy M. DL Guerrero pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for her failure to plead or otherwise defend as appears from the attached declaration.

CARLSMITH BALL LLP

DATED: Saipan, MP, March 13, 2008.

JOHN D. OSBORN
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii