CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant and
Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>    Defendants.<br><br>BANK OF HAWAII,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>    Third-Party Defendant. | CIVIL ACTION NO. 07-0020<br><br><br><br>DECLARATION OF JOHN D. OSBORN |
|---|---|

I, John D. Osborn, declare:

4844-7982-2082.1.010028-02734

1. I am a partner in the Saipan office of Carlsmith Ball LLP, attorneys of record for Defendant and Third Party Plaintiff Bank of Hawaii. I have personal knowledge of the matters stated herein and would be competent to testify to same if called upon to do so.

2. Defendant and Third Party Plaintiff filed in this cause a Third Party Complaint against the Third Party Defendant Lucy M. DL Guerrero on October 25, 2007.

3. Examination of the court files and records in this cause shows the Third Party Defendant Lucy M. DL Guerrero was served with summons, together with a copy of the Third Party Complaint, on November 3, 2007.

4. More than 20 days have elapsed since the date on which the Third Party Defendant was served with summons and a copy of the Third Party Complaint.

5. The Third Party Defendant has failed to answer or otherwise defend as to Defendant and Third Party Plaintiff's Third Party Complaint, or serve a copy of any answer or other defense that she might have had, upon Carlsmith Ball LLP, attorneys of record for Defendant and Third Party Plaintiff.

6. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Defendant and Third Party Plaintiff to obtain an entry of default against the Third Party Defendant, for her failure to answer or otherwise defend as to the Defendant and Third Party Plaintiff's Complaint.

7. I declare under penalty of perjury that the foregoing is true and correct and I make this declaration on the date set forth below on Saipan, Commonwealth of the Northern Mariana Islands.

DATED: Saipan, MP, March 13, 2008        _____
                                          JOHN D. OSBORN