1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant and
   Third-Party Plaintiff, Bank of Hawaii

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF<br><br>DOUGLAS F. CUSHNIE,<br>a sole proprietorship, and<br>DOUGLAS F. CUSHNIE,<br>individually,<br><br>          Plaintiffs,<br><br>    vs.<br><br>BANK OF HAWAII, and<br>MARY ROE and JOHN DOE,<br><br>          Defendants. | CIVIL ACTION NO. 07-0020<br><br><br><br>ENTRY OF DEFAULT |
| BANK OF HAWAII,<br><br>          Third-Party Plaintiff,<br><br>    vs.<br><br>LUCY M. DL GUERRERO,<br><br>          Third-Party Defendant. | |

///

///

4849-1602-9698.1.010028-02734

1     It appears that Third Party Defendant Lucy M. DL Guerrero is in default for failure to
2 plead or otherwise defend as required by law. Default is hereby entered against the Third Party
3 Defendant this _____ day of March, 2008.

6 DATED: _____, 2008.      _____
                                                                                                      CLERK OF COURT