1    CARLSMITH BALL LLP

2    JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3    P.O. Box 5241
   Saipan, MP 96950-5241
4    Tel No. 670.322.3455

5    Attorneys for Defendant and
   Third-Party Plaintiff, Bank of Hawaii

6

7

8

9                UNITED STATES DISTRICT COURT

10                         FOR THE

11               NORTHERN MARIANA ISLANDS

12    LAW OFFICE OF                 CIVIL ACTION NO. 07-0020

13    DOUGLAS F. CUSHNIE,
   a sole proprietorship, and
14    DOUGLAS F. CUSHNIE,
   individually,
15

16            Plaintiffs,              ENTRY OF DEFAULT

17       vs.

18    BANK OF HAWAII, and
   MARY ROE and JOHN DOE,
19
          Defendants.
20

21    BANK OF HAWAII,

22           Third-Party Plaintiff,

23       vs.

24    LUCY M. DL GUERRERO,

25           Third-Party Defendant.

26

27    ///

28    ///

4849-1602-9698.1.010028-02734

F I L E D
Clerk
District Court

MAR 1 3 2008

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

1    It appears that Third Party Defendant Lucy M. DL Guerrero is in default for failure to

2    plead or otherwise defend as required by law.  Default is hereby entered against the Third Party

3    Defendant this __13th__ day of March, 2008.

4

5

6    DATED: __March 13__, 2008.            _____

7                                              CLERK OF COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4849-1602-9698.1.010028-02734                    -2.-