1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant and
Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>            Defendants. | CIVIL ACTION NO. 07-0020<br><br><br>CASE MANAGEMENT STATEMENT OF DEFENDANT AND THIRD PARTY PLAINTIFF BANK OF HAWAII<br><br>Date:   March 21, 2008<br>Time:   9:30 a.m.<br>Judge:  Hon. Alex R. Munson |
| BANK OF HAWAII,<br><br>            Third-Party Plaintiff,<br><br>     vs.<br><br>LUCY M. DL GUERRERO,<br><br>            Third-Party Defendant. | |

Comes now the Defendant and Third Party Plaintiff Bank of Hawaii and pursuant to Rule 16(b) of Fed.R.Civ.P. (b) and (c) and LR 16.2 CJ(e)(2) and files its Case Management

4850-8380-1858.1.010028-02734

Conference Statement.

a.   Service of Process:  Service of process is complete and is not an issue.

b.   Jurisdiction and Venue:  Jurisdiction and Venue are not an issue.

c.   Anticipated Motions:  Defendant and Third Party Plaintiff anticipates that dispositive motions will be filed at a future date after discovery has been conducted.

d.   Special Procedure:  No special procedures are necessary.

e.   Modification of Standard Pretrial Procedures:  No modification of standard pretrial procedure is necessary in this case.

f.   Settlement Prospects:  Unknown at this time.

g.   Other Matters:  Defendant and Third Party Plaintiff leaves to the Court's discretion the setting of various dates for completion of discovery, disclosure expert witnesses, completion of expert witness discovery, discovery motions, dispositive motions, and the setting of dates for Status Conference, Settlement Conference, Pre-Trial Conference and Trial.

CARLSMITH BALL LLP

DATED: Saipan, MP, March 14, 2008.    */s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii