**Douglas F. Cushnie**
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF )<br>)<br>DOUGLAS F. CUSHNIE, )<br>a sole proprietorship, and )<br>DOUGLAS F. CUSHNIE, )<br>individually, )<br>)<br>  Plaintiffs, )<br>       v. )<br>)<br>BANK OF HAWAII, and )<br>MARY ROE and JOHN DOE, )<br>)<br>  Defendants. )<br>_____) | CIVIL ACTION NO. 07-0020<br><br>PLAINTIFF'S CASE<br>MANAGEMENT STATEMENT |

Come now plaintiffs herein, pursuant to Rule 16(b) F.R.C.P. and LR 16.2CJe.2. and file this their Case Management Statement.

 a. <u>Service of Process On Parties Not Yet Served</u>.

  Service on named parties is complete.  Doe defendants are not currently known.

 b. <u>Jurisdiction and Venue</u>.

  Jurisdiction and venue are proper.

 c. <u>Anticipated Motions</u>.

  Plaintiffs anticipate filing dispositive pretrial motions as to liability.

 d. <u>Appropriateness of Special Procedures</u>.

  No special procedures appear necessary.

-1-

e. <u>Modification of Standard Pretrial Procedures</u>.

   No modifications are considered necessary.

f. <u>Settlement Prospects</u>.

   Plaintiffs attempted to resolve this case prior to suit but were not successful. Current settlement prospects are not known.

g. <u>Other Matters</u>.

   Plaintiffs are now aware of any other matters that are unique or unusual that require special attention.

Dated this 16th day of March, 2008.

                                  DOUGLAS F. CUSHNIE
                                  Attorney for Plaintiffs

                                  /s/
                                DOUGLAS F. CUSHNIE