1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant and
   Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF<br><br>DOUGLAS F. CUSHNIE,<br>a sole proprietorship, and<br>DOUGLAS F. CUSHNIE,<br>individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF HAWAII, and<br>MARY ROE and JOHN DOE,<br><br>　　　　Defendants. | CIVIL ACTION NO. 07-0020<br><br><br><br>MOTION OF DEFENDANT AND THIRD PARTY PLAINTIFF BANK OF HAWAII FOR DEFAULT JUDGMENT AGAINST THIRD PARTY DEFENDANT LUCY M. DL GUERRERO |
| BANK OF HAWAII,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>LUCY M. DL GUERRERO,<br><br>　　　　Third-Party Defendant. | |

///

///

Comes now the Defendant and Third Party Plaintiff Bank of Hawaii and moves this court for judgment by default against Third Party Defendant Lucy M. DL Guerrero.  In support of said Motion Defendant and Third Party Plaintiff shows as follows:

1. A Third Party Complaint was filed against Lucy M. DL Guerrero on October 25, 2007.

2. A copy of the Summons and Third Party Complaint were personally served on the Third Party Defendant on November 3, 2007; a copy of the Return of Service is attached hereto marked as Exhibit A and included herein by reference.

3. No answer or other defense has been filed by the Third Party Defendant and the time to file an answer or otherwise respond has expired.

4. Default was entered by the Clerk of Court on March 13, 2008.  A copy of the Entry of Default is attached hereto marked as Exhibit B and incorporated herein by reference.

WHEREFORE Defendant and Third Party Plaintiff Bank of Hawaii moves this Court to make and enter judgment against Third Party Defendant Lucy M. DL Guerrero for all sums which may be adjudged against Bank of Hawaii in favor of Plaintiff Douglas F. Cushnie, individually and as sole proprietorship in this matter.

CARLSMITH BALL LLP

DATED: Saipan, MP, March 20, 2008.        */s/ John D. Osborn*
                                          JOHN D. OSBORN
                                          Attorneys for Defendant and
                                          Third Party Plaintiff, Bank of Hawaii