**Receipt** submitted on 10/26/2007 1:27:12 AM (ET)

| Date/Time (ET) | Status |
|---|---|
| 11/3/2007 1:11:00 PM | Successfully performed service (Lucy M DL Guerrero) |
| 10/26/2007 1:27:20 AM | Order request received (Order ID 8213137) |
| 10/26/2007 1:27:17 AM | Service request has been submitted. |

### Fee Information

| Fee Information | Total Recipients | Subtotal | Tax | Total |
|---|---|---|---|---|
| SOP Normal Service Fee (10+ business days) | 1 | $95.00 | $0.00 | $95.00 |
| | Totals | $95.00 | $0.00 | $95.00 |

### Document List

| Document Title | File Name | Conversion Status | View |
|---|---|---|---|
| Answer and Third Party Complaint | 11879691_Answer-and-3rd-Party-Complaint.pdf | Converted | PDF format / Original format |
| Exhibit A | 11879693_Exhibit-A.pdf | Converted | PDF format / Original format |
| Summons | 11879695_Summons.PDF | Converted | PDF format / Original format |

### Recipients

| Service Recipient | Address(es) | Description | Service Status |
|---|---|---|---|
| DL Guerrero, Lucy M | Address Type: Home<br>13610 N. 51st Ave. Apt. 137<br>Glendale, AZ 85304 | Race: Pacific Islande<br>Gender: F | Served |

### Service Options

| Service Options | Selected Option |
|---|---|
| Deadline for Service | 11/13/2007 |
| Hearing Date | |
| Billing Reference | 010028-02734 |
| File Affidavit of Service with Court? | No |
| Special Instructions | |

### Contact Information

| Contact Information | |
|---|---|
| Name | Rosalinda Takamine |
| Contact Email Address | rtakamine@carlsmith.com |


EXHIBIT A



|  |  |
|---|---|
| Organization | Carlsmith Ball LLP |
| Organization Address | PO Box 5241<br>Saipan, MP 96950-5241 |
|  | Phone: (670) 322-3455<br>Fax: (670) 322-3368<br>Email: gyamada@carlsmith.com |

```
 1  CARLSMITH BALL LLP                                      F I L E D
                                                               Clerk
 2  JOHN D. OSBORN                                         District Court
    Carlsmith Building, Capitol Hill
 3  P.O. Box 5241                                          MAR 13 2008
    Saipan, MP 96950-5241
 4  Tel No. 670.322.3455                              For The Northern Mariana Islands
                                                      By_____
 5  Attorneys for Defendant and                              (Deputy Clerk)
    Third-Party Plaintiff, Bank of Hawaii
 6

 7

 8

 9                   UNITED STATES DISTRICT COURT

10                          FOR THE

11                  NORTHERN MARIANA ISLANDS

12  LAW OFFICE OF                    CIVIL ACTION NO. 07-0020

13  DOUGLAS F. CUSHNIE,
    a sole proprietorship, and
14  DOUGLAS F. CUSHNIE,
    individually,
15
              Plaintiffs,
16                                   ENTRY OF DEFAULT
         vs.
17
    BANK OF HAWAII, and
18  MARY ROE and JOHN DOE,

19            Defendants.

20  ─────────────────────────

21  BANK OF HAWAII,

22            Third-Party Plaintiff,

23       vs.

24  LUCY M. DL GUERRERO,

25            Third-Party Defendant.

26
27  ///

28  ///

    4849-1602-9698.1.010028-02734
```

EXHIBIT
B

Case 1:07-cv-00020   Document 18   Filed 03/13/2008   Page 2 of 4

It appears that Third Party Defendant Lucy M. DL Guerrero is in default for failure to plead or otherwise defend as required by law. Default is hereby entered against the Third Party Defendant this _13th_ day of March, 2008.

DATED: _March 13_, 2008.

_____
CLERK OF COURT