| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN |
| | Carlsmith Building, Capitol Hill |
| 3 | P.O. Box 5241 |
| | Saipan, MP 96950-5241 |
| 4 | Tel No. 670.322.3455 |
| 5 | Attorneys for Defendant and |
| | Third-Party Plaintiff, Bank of Hawaii |

F I L E D
Clerk
District Court

APR - 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF | CIVIL ACTION NO. 07-0020 |
| DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, | DEFAULT JUDGMENT |
| Plaintiffs, | |
| vs. | |
| BANK OF HAWAII, and MARY ROE and JOHN DOE, | |
| Defendants. | |
| BANK OF HAWAII, | |
| Third-Party Plaintiff, | |
| vs. | |
| LUCY M. DL GUERRERO, | |
| Third-Party Defendant. | |

This matter comes before the Court on the Motion of Defendant and Third Party Plaintiff Bank of Hawaii for a default judgment pursuant to Rule 55(b)(2), Federal Rules of Civil

4818-3013-9138.1.010028-02734

1 | Procedure. It appears to the Court that the Third Party Complaint was filed in this Court on
2 | October 25, 2007 and that the Summons and Third Party Complaint was served on Third Party
3 | Defendant Lucy M. DL Guerrero on November 5, 2007, and that no answer or other defense has
4 | been filed by the Third Party Defendant. Default was entered on March 13, 2008, in the office of
5 | the Clerk of this court, and no proceedings have been taken by Third Party Defendant since the
6 | default was entered.
7 |     IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED and DECREED that
8 | Defendant and Third Party Plaintiff Bank of Hawaii is entitled to judgment against Third Party
9 | Defendant Lucy M. DL Guerrero for all sums which may be adjudged against Defendant and
10 | Third Party Plaintiff in favor of Plaintiff Douglas F. Cushnie individually and as sole
11 | proprietorship in this matter.
12 |     IT IS SO ORDERED.

15 | DATED: Saipan, MP, April __9__, 2008.        _____
                                                                ALEX R. MUNSON
16 |                                                                  Judge