1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP  96950-5241
   Tel No. 670.322.3455

5
   Attorneys for Defendant and
6  Third-Party Plaintiff, Bank of Hawaii

7

8
                        UNITED STATES DISTRICT COURT
9
                                FOR THE
10
                        NORTHERN MARIANA ISLANDS
11

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>　　　　Defendants. | CIVIL ACTION NO. 07-0020<br><br><br><br>NOTICE OF SERVICE OF DISCOVERY REQUESTS |
| BANK OF HAWAII,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>LUCY M. DL GUERRERO,<br><br>　　　　Third-Party Defendant. | |

　　　　Comes now Sean E. Frink, attorney of record for Defendant and Third-Party Plaintiff, Bank of Hawaii and hereby gives notice that on June 23, 2008 he caused to be served on Douglas

4827-9301-0178.1.010028-02734

F. Cushnie, Esq., counsel of record for Plaintiffs herein, at his address at Law Office of Douglas F. Cushnie P.O. Box 949, San Vicente, Saipan, MP 96950, the original and one copy of the following by delivering same to counsel or the persons in charge of his office:

1. FIRST SET OF INTERROGATORIES TO PLAINTIFF LAW OFFICE OF DOUGLAS F. CUSHNIE, A SOLE PROPRIETORSHIP.

2. FIRST SET OF INTERROGATORIES TO PLAINTIFF DOUGLAS F. CUSHNIE, INDIVIDUALLY

3. FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF LAW OFFICE OF DOUGLAS F. CUSHNIE, A SOLE PROPRIETORSHIP

4. FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS, DIRECTED TO PLAINTIFF DOUGLAS F. CUSHNIE, INDIVIDUALLY

5. FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF DOUGLAS F. CUSHNIE, INDIVIDUALLY

6. FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS, DIRECTED TO PLAINTIFF LAW OFFICE OF DOUGLAS F. CUSHNIE, A SOLE PROPRIETORSHIP

CARLSMITH BALL LLP

DATED: Saipan, MP, June 23, 2008.

*/s/ Sean E. Frink*
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4827-9301-0178.1.010028-02734                -2.-