1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant and
Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>　　　　Defendants. | CIVIL ACTION NO. 07-0020<br><br>STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT BANK OF HAWAII TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION |
|---|---|
| BANK OF HAWAII,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>LUCY M. DL GUERRERO,<br><br>　　　　Third-Party Defendant. | |

Come now counsel for the parties and hereby stipulate and agree that the time for

Defendant Bank of Hawaii to respond to Plaintiffs' Interrogatories and Request for Production

4836-6811-0082.1.010028-02734

1 | shall be extended from June 13, 2008 to July 11, 2008.

2 |     IT IS SO STIPULATED.

CARLSMITH BALL LLP

DATED: Saipan, MP, June 24, 2008.    */s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

LAW OFFICE OF DOUGLAS F. CUSHNIE

DATED: Saipan, MP, June 24, 2008.    */s/ Douglas F. Cushnie*
DOUGLAS F. CUSHNIE
Attorney for Plaintiffs