Douglas F. Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LAW OFFICE OF ) | CIVIL ACTION NO. 07-0020 | |
| ) | | |
| DOUGLAS F. CUSHNIE, ) | | |
| a sole proprietorship, and ) | | |
| DOUGLAS F. CUSHNIE, ) | | |
| individually, ) | STIPULATION TO EXTEND | |
| ) | TIME FOR PLAINTIFFS TO | |
| Plaintiffs, ) | RESPOND TO DISCOVERY | |
| v. ) | | |
| ) | | |
| BANK OF HAWAII, and ) | | |
| MARY ROE and JOHN DOE, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

The parties hereby stipulate that Plaintiffs shall have through August 13, 2008, within which to respond to request for admissions, interrogatories, and request for production of documents propounded by defendant, Bank of Hawaii.

Dated this 22nd day of July, 2008.


CARLSMITH BALL, LLP                                     DOUGLAS F. CUSHNIE
Attorneys for Bank of Hawaii                            Attorney for Plaintiffs

By: _____/s/_____                                     By: _____/s/_____
       Sean E. Frink                                            Douglas F. Cushnie