CARLSMITH BALL LLP

JOHN D. OSBORN
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Bank of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br>MOTION FOR PROTECTIVE ORDER<br><br>Hearing: August 26, 2008<br>Time: 8:30 a.m.<br>Judge: Honorable Alex R. Munson |

## MOTION

Defendant Bank of Hawaii hereby moves the court for an order protecting it from being required to produce any information in response to plaintiff's discovery requests that ask for information that is not statutorily discoverable pursuant to 31 USC Section 5318(g) regarding suspicious activity reports ("SAR's") and related information. This Motion is made pursuant to Federal Rule of Civil Procedure 26(c) amd 31 U.S.C. § 5318(g) of the *1992 Annunzio-Wylie Anti-Money Laundering Act*, and related regulations (12 C.F.R. § 21.11(k) and 31 C.F.R. § 103.18(e).

4837-8765-4658.1.010028-02734

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED,<br>CARLSMITH BALL LLP |
| Dated: July 22, 2008. | _____/s/_____<br>SEAN E. FRINK [F0212]<br>Attorneys for Defendant<br>Bank of Hawaii |