CARLSMITH BALL LLP

JOHN D. OSBORN
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP  96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Bank of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF HAWAII, and MARY ROE and JOHN DOE, <br><br> Defendants. | CIVIL ACTION NO. 07-0020 <br><br> SEAN E. FRINK'S FED. R. CIV. P. RULE 26(c) CERTIFICATE OF GOOD FAITH CONFERRAL IN SUPPORT OF DEFENDANT BANK OF HAWAII'S MOTION FOR A PROTECTIVE ORDER <br><br> Hearing:  August 26, 2008 <br> Time:     8:30 a.m. <br> Judge:    Honorable Alex R. Munson |

Sean E. Frink, being of sound mind, state the following upon personal knowledge:

1.  I am a partner in the Carlsmith Ball, LLP law firm, which is counsel of record for Defendant Bank of Hawaii in this lawsuit. In such capacity I wrote to Plaintiffs, who are both represented by Douglas F. Cushnie in this matter, regarding certain discovery concerns.

2.  A true and correct copy of the letter and proposed stipulation and protective that was delivered to Mr. Cushnie is attached to this Declaration as Exhibit "A."

3.  Mr. Cushnie responded to my letter on July 17, 2008, refusing to agree to execute the proposed stipulation. A true and corret copy of his response is attached hereto as Exhibit "B."

4841-9030-7842.1.010028-02734

1      4.    I hereby certify that I have in good faith conferred with the other affected parties in this matter in an effort to resolve the dispute without court action but regrettably was not able to resolve the dispute without the court's involvement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 22, 2008 at Saipan, Commonwealth of the Northern Mariana Islands.

                                                       /s/
                                    SEAN E. FRINK, (CNMI Bar #F0212)

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

CARLSMITH BUILDING, CAPITOL HILL
P.O. BOX 5241
SAIPAN, MP 96950-5241
TELEPHONE 670.322.3455  FAX 670.322.3368
WWW.CARLSMITH.COM

SFRINK@CARLSMITH.COM

July 9, 2008


Douglas F. Cushnie
Law Offices of Douglas F. Cushnie
P.O. Box 500949
Saipan, MP 96950


Re: **Proposed Stipulated Protective Order**


Dear Doug:

Please find attached a proposed stipulated protective order regarding restrictions imposed upon my client by 31 U.S.C. § 5318(g), 12 C.F.R. § 21.11(k), 31 C.F.R. § 103.18(e). I believe that it is self explanatory. Please understand that by proposing this stipulated request for a protective order my client does not in any way admit that documents or information precluded from disclosure exist. Instead, we have determined that seeking a protective order is the most legally sound method for dealing with situations such as this one.

We would like to get this stipulation filed with the court before the end of next week. Please understand that we intend to file a motion for a protective order if you are not willing to agree to this or a similar stipulation.

Therefore, please either sign and return the proposed stipulation or provide me with any questions or concerns you may have on or before July 18, 2008.

Thank you for your attention to this important matter.

Very truly yours,

Sean E. Frink

EXHIBIT A

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES
4844-4838-6562.1.010028-02734

1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Bank of Hawaii

7              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE

9         COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br>STIPULATED REQUEST FOR A PROTECTIVE ORDER |

Plaintiffs and defendant, through their attorneys of record, stipulate to the following conditions related to Suspicious Activity Reports ("SAR's") and related information in this lawsuit:

1. Defendant is prohibited by federal law (31 U.S.C. § 5318(g) of the *1992 Annunzio-Wylie Anti-Money Laundering Act*) and related regulations (12 C.F.R. § 21.11(k) and 31 C.F.R. § 103.18(e)) from producing SAR's or any information indicating that a SAR has been prepared or filed. By entering into this stipulation defendant does not admit that a SAR or SAR related information related to plaintiffs exist.

2. The prohibition includes draft SAR's, the SAR's themselves, any communication

concerning a SAR, and documents and communications prepared by a bank for the purpose of investigating or drafting a possible SAR. *Union Bank of California v. The Superior Court*, 130 Cal.App.4th 378, 394, 29 Cal.Rptr.3d 894, 904 (Cal. App. 2005).

3. The statute and regulations "create an unqualified discovery and evidentiary privilege that courts have held cannot be waived." *Whitney National Bank v. Karam*, 306 F.Supp.2d 678, 682 (S.D. Tex. 2004).

4. Defendant, therefore, shall not disclose to plaintiff in this lawsuit any information or documents concerning draft SAR's, the SAR's themselves, any communication concerning a SAR, and documents and communications prepared by a bank for the purpose of investigating or drafting a possible SAR if, in fact, any such information or documents exist.

5. Defendant and Plaintiffs request the Court to expeditiously enter a protective order which includes the language set forth in paragraph 4 above.

SO STIPULATED.

FOR BANK OF HAWAII

Dated: July___, 2008.

_____
SEAN E. FRINK [F0212]
Attorneys for Defendant
Bank of Hawaii


FOR LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually

Dated: July ___, 2008.

_____
DOUGLAS F. CUSHNIE

Law Office
*Douglas F. Cushnie*
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830/6843
Facsimile: (670) 234-9723
E mail abogados@pticom.com

July 17, 2008

VIA FACSIMILE: (670) 322-3368

Sean E. Frink
P.O. Box 5241
Saipan MP 96950

*Cushnie v. Bank of Hawaii*

Dear Sean:

I shall not sign your proposed stipulation.

Very truly yours,

DOUGLAS F. CUSHNIE

DOUGLAS F. CUSHNIE



EXHIBIT B