1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant and
6  Third-Party Plaintiff, Bank of Hawaii

FILED
Clerk
District Court

JUL 31 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants.<br>―――――――――――――――――<br>BANK OF HAWAII,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>Third-Party Defendant. | CIVIL ACTION NO. 07-0020<br><br>DEFENDANT AND THIRD PARTY PLAINTIFF BANK OF HAWAII'S MOTION TO EXTEND TIME TO DISCLOSE EXPERT WITNESS; DECLARATION OF JOHN D. OSBORN<br><br>Date: _____<br>Time: _____<br>Judge:   Alex R. Munson |

///

4842-6371-2002.1.010028-02734

Comes now the Defendant and Third Party Plaintiff Bank of Hawaii ("Bank") and moves the Court for an Order extending the date for disclosure of its expert witness(es). In support of said Motion Bank would show as follows:

1. Pursuant to the Court's Case Management Scheduling Order filed March 21, 2008, the Defendant and Third Party Plaintiff's expert disclosure is to be made on August 1, 2008.

2. F. R. C. P. 26(a)(2) requires that unless otherwise stipulated or ordered by the court the expert witness disclosure must be accompanied by a written report prepared and signed by the witness which shall include those matters set forth in F.R.C.P. 26(a)(2)(B)(i- vi).

3. At the present time Bank is waiting for responses to discovery requests submitted to Plaintiff. By agreement of the parties the time to respond to these discovery requests has been extended to August 13, 2008.

4. After receipt of the responses from Plaintiff to Bank's discovery requests, Bank anticipates it will schedule the deposition of Plaintiff, Douglas F. Cushnie, and Third Party Defendant, Lucy M. DL Guerrero at the earliest possible date.

5. Until Plaintiff's discovery responses have been received and Mr. Cushnie and Ms. DL Guerrero have been deposed, Bank's anticipated expert witness(es) cannot prepare a report that complies with the requirements of F.R.C.P. 26(a)(2).

6. Counsel for the Bank has communicated via e-mail with Mr. Cushnie to request that a stipulation to extend the date for disclosure of expert witnesses for 45 -60 days be entered into. Mr. Cushnie is unwilling to enter into such a stipulation, but does not object to an extension of time into the week of August 4, 2008 so this Motion to Extend Time to Disclose Expert Witness can be heard.

7. Bank requests a sixty (60) day extension to disclose its expert witness(es). The Case Management Scheduling Order states that expert discovery is to be completed by November 14, 2008 and the requested extension will not interfere with that date nor other scheduled dates.

WHEREFORE, Bank of Hawaii moves the Court for an Order extending the date for disclosure of its expert witness(es) from August 1, 2008 to October 1, 2008.

1

2                                              CARLSMITH BALL LLP

3

4   DATED: Saipan, MP, July 31, 2008.          */s/ John D. Osborn*
                                                JOHN D. OSBORN
5                                               SEAN E. FRINK
                                                Attorneys for Defendant and
6                                               Third Party Plaintiff, Bank of Hawaii

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSMITH BALL LLP

JOHN D. OSBORN
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant and
Third-Party Plaintiff, Bank of Hawaii

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF<br><br>DOUGLAS F. CUSHNIE,<br>a sole proprietorship, and<br>DOUGLAS F. CUSHNIE,<br>individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and<br>MARY ROE and JOHN DOE,<br><br>    Defendants. | CIVIL ACTION NO. 07-0020<br><br><br>DECLARATION OF JOHN D. OSBORN |
| BANK OF HAWAII,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>    Third-Party Defendant. | |

4853-2074-2146.1.010028-02734

I, John D. Osborn, declare:

1. I am a partner in the Saipan office of Carlsmith Ball LLP, counsel of record for Defendant and Third Party Plaintiff Bank of Hawaii ("Bank"). I have personal knowledge of the matters stated herein and would be competent to testify to same if called upon to do so.

2. Bank is currently awaiting receipt of responses to discovery requests which have been submitted to Plaintiff, by agreement of the parties those responses are due on August 13, 2008.

3. Upon receipt of the discovery responses from Plaintiff Bank will move forward to depose Douglas F. Cushnie and Lucy M. DL Guerrero as expeditiously as possible.

4. Until the discovery responses are received from Plaintiff and the depositions of Mr. Cushnie and Ms. DL Guerrero have been completed the anticipated expert witness(es) of the Bank will be unable to prepare written report(s) in conformance with F.R.C.P 26(a)(2).

5. In e-mail communications with Mr. Cushnie he had advised that he is unwilling to enter into a stipulation to extend the date for expert disclosure for a period of 45-60 days as requested by counsel for the Bank, however Mr. Cushnie advises that he does not object to an extension of time into the week of August 4, 2008 so that a Motion To Extend Time To Disclose Expert Witness can be heard.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is made on July 30, 2008 in Hot Springs, Arkansas.

/s/ John D. Osborn
JOHN D. OSBORN