```
                                                    F I L E D
                                                       Clerk
                                                   District Court
 1   CARLSMITH BALL LLP
                                                    JUL 31 2008
 2   JOHN D. OSBORN
     SEAN E. FRINK                                For The Northern Mariana Islands
 3   Carlsmith Building, Capitol Hill              By_____
     P.O. Box 5241                                      (Deputy Clerk)
 4   Saipan, MP 96950-5241
     Tel No. 670.322.3455
 5
     Attorneys for Defendant and
 6   Third-Party Plaintiff, Bank of Hawaii
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF<br><br>DOUGLAS F. CUSHNIE,<br>a sole proprietorship, and<br>DOUGLAS F. CUSHNIE,<br>individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and<br>MARY ROE and JOHN DOE,<br><br>       Defendants. | CIVIL ACTION NO. 07-0020<br><br>EX PARTE MOTION UNDER LOCAL RULE 7.1.h.3(b)TO SHORTEN TIME TO HEAR MOTION TO EXTEND THE TIME TO DISCLOSE EXPERT WITNESSES; CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)<br><br>Date: _____<br>Time: _____<br>Judge: _____ |
| BANK OF HAWAII,<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>       Third-Party Defendant. | |

I represent Defendant and Third Party Plaintiff Bank of Hawaii and hereby move the Court ex parte for an order shortening time to hear its Motion to Extend the Time to Disclose

4842-9752-8578.1.010028-02734

1. Expert Witnesses.

2. In support of said motion, there is attached hereto the Declaration of John D. Osborn as required by F.R.C.P. 6(c) and Local Rule 7.1.h.3(b) stating why it is necessary to shorten time and stating efforts made to give notice.

Wherefore Movant respectfully moves the Court ex parte for an Order Shortening Time to hear its Motion to Extend the Time to Disclose Expert Witnesses.

CARLSMITH BALL LLP

DATED: Saipan, MP, July 31, 2008.

/s/ John D. Osborn
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4842-9752-8578.1.010028-02734            -2.-

1
2   CARLSMITH BALL LLP

3   JOHN D. OSBORN
    SEAN E. FRINK
4   Carlsmith Building, Capitol Hill
    P.O. Box 5241
5   Saipan, MP 96950-5241
    Tel No. 670.322.3455

6   Attorneys for Defendant and
    Third-Party Plaintiff, Bank of Hawaii
7

8

9               UNITED STATES DISTRICT COURT

10                        FOR THE

11               NORTHERN MARIANA ISLANDS

| 12 | LAW OFFICE OF | CIVIL ACTION NO. 07-0020 |
|---|---|---|
| 13 | DOUGLAS F. CUSHNIE, | |
| 14 | a sole proprietorship, and DOUGLAS F. CUSHNIE, | **CERTIFICATE PURSUANT TO LOCAL RULE** |
| 15 | individually, | **7.1.h.3(b)** |
| 16 | Plaintiffs, | |
| 17 | vs. | |
| 18 | BANK OF HAWAII, and MARY ROE and JOHN DOE, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | BANK OF HAWAII, | |
| 22 | Third-Party Plaintiff, | |
| 23 | vs. | |
| 24 | LUCY M. DL GUERRERO, | |
| 25 | Third-Party Defendant. | |

26
27
28

4826-8698-1378.1.010028-02734

I, John D. Osborn, declare:

1. I am a partner in the Saipan office of Carlsmith Ball LLP, counsel of record for Defendant and Third Party Plaintiff Bank of Hawaii ("Bank"). I have personal knowledge of the matters stated herein and would be competent to testify to same if called upon to do so.

2. The contact information of the parties are as follows:

Douglas F. Cushnie
Law Office of Douglas F. Cushnie
P.O. Box 500949
Saipan, MP 96950
Phone: 234-6830
Fax: 234-9723

John D. Osborn
Carlsmith Ball LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Phone: 322-3455
Fax: 322-3368

Lucy M. DL Guerrero
13610 N. 51st Ave.
Apt. 137
Glendale, Arizona 85304

3. Pursuant to the Court's Case Management Scheduling Order filed March 21, 2008, the Defendant and Third Party Plaintiff's expert disclosure is to be made on August 1, 2008.

4. Bank is currently awaiting receipt of responses to discovery requests which have been submitted to Plaintiff, by agreement of the parties those responses are due on August 13, 2008.

5. Until the discovery responses are received from Plaintiff and the depositions of Mr. Cushnie and Ms. DL Guerrero have been completed the anticipated expert witness(es) of Bank will be unable to prepare written report(s) in conformance with F.R.C.P. 26(a)(2).

6. Counsel for Bank has been in e-mail communication with Mr. Cushnie to request that a stipulation to extend the date for disclosure of expert witnesses for 45-60 day be entered into. Mr. Cushnie is unwilling to enter into such a stipulation but does not object to an extension of time for expert disclosure into the week of August 11, 2008 so that the Motion to Extend Time to

Disclose Expert Witness may be heard. Mr. Cushnie has advised he has no objection to the Motion to Extend Time to Disclose Expert Witness being heard on shortened time.

7. As expert disclosure is scheduled to be made on August 1, 2008 the Motion to Extend cannot be heard pursuant to Local Rule 7.1(c) time lines.

8. Opposing counsel has been served with a copy of the Motion to Extend Time to Disclose Expert Witness and a copy of this Ex Parte Motion to Shorten Time via e-mail and fax prior to those pleadings being filed.

This Certificate is made pursuant to Local Rule 7.1.h.3(b) this 30th day of July, 2008 in Hot Springs, Arkansas.

/s/ John D. Osborn
JOHN D. OSBORN

4826-8698-1378.1.010028-02734                -3.-