FILED
Clerk
District Court

AUG -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

Civil Action No. 07-0020

LAW OFFICE OF DOUGLAS F.
CUSHNIE, a sole proprietorship, and
DOUGLAS F. CUSHNIE, individually,

**ORDER SETTING HEARING FOR DEFENDANTS' MOTION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**

      Plaintiffs,

      v.

BANK OF HAWAII, MARY ROE, and
JOHN DOE,

      Defendants.
_____/

Now before the Court is Defendants' ex parte motion to shorten time to hear its motion to extend the time to disclose expert witnesses. Plaintiff does not object to the shortening of the time to hear the substantive motion. Accordingly, the motion is GRANTED and the motion to extend time to disclose expert witnesses shall be heard on Thursday, August 7, 2008 at 10:00 am via telephonic conference. The conference will be initiated by the Court at 10:00 am and the parties shall be present in the courtroom.

**IT IS SO ORDERED.**

Dated:      August 1, 2008

_/s/ Alex R. Munson_

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)