FILED
Clerk
District Court

AUG -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LAW OFFICE OF

DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,

Plaintiffs,

vs.

BANK OF HAWAII, and MARY ROE and JOHN DOE,

Defendants

---

BANK OF HAWAII,

Third-party Plaintiff,

vs.

LUCY M. DL GUERRERO

Third-Party Defendant.

Civil Action No. 07-0020

Order

Douglas F. Cushnie
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

The hearing on the Motion to Extend Time scheduled for Thursday, August 7, 2008, at 10:00 a.m., is rescheduled to 2:00 p.m., on the same date.

IT IS SO ORDERED.

AO 72
(Rev. 08/82)

1

DATED this 5th day of August, 2008.

*Alex R. Munson*

Judge Alex R. Munson