| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN |
| | SEAN E. FRINK |
| 3 | Carlsmith Building, Capitol Hill |
| | P.O. Box 5241 |
| 4 | Saipan, MP  96950-5241 |
| | Tel No. 670.322.3455 |
| 5 | |
| | Attorneys for Defendant and |
| 6 | Third-Party Plaintiff, Bank of Hawaii |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>　　　　Defendants. | CIVIL ACTION NO. 07-0020<br><br><br>STIPULATED REQUEST TO MODIFY CASE MANAGEMENT SCHEDULING ORDER |
| BANK OF HAWAII,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>LUCY M. DL GUERRERO,<br><br>　　　　Third-Party Defendant. | |

4833-9156-0962.1.010028-02734

Come now counsel for the parties and subject to the Court's approval request modification of certain dates set forth in the Court's Case Management Scheduling Order. In support of the request counsel would show:

1. There is currently pending a motion to extend the date for disclosure of expert witnesses which is to be presented to the Court on August 7, 2008 at 2:00 p.m.

2. Counsel for the parties have conducted discussions to resolve the motion and are in agreement to a proposal for modifying certain dates set forth in the Court's Case Management Scheduling Order dated March 21, 2008.

3. Subject to the Court's approval, counsel request modification of the following dates:

    a. The date for Plaintiff's expert witness disclosure be extended from August 1, 2008 to October 1, 2008;

    b. The date for Defendant and Third Party Plaintiff's expert disclosure be extended from August 1, 2008 to October 1, 2008;

    c. The date for disclosure of Plaintiff's and Defendant's rebuttal expert disclosure be extended from September 1, 2008 to November 1, 2008;

    d. Expert discovery completion be extended from November 14, 2008 to December 15, 2008;

    e. Dispositive motions for expert witnesses, if any, shall be heard on January 8, 2009. Said motions to be filed in accordance with Local Rule 7.1[1]

    f. The date for the settlement conference be extended from December 29, 2008 to January 5, 2009 at 9:00 a.m.

4. All other dates set forth in the Case Management Order, including the trial date of February 2, 2009, to remain the same.

5. If the forgoing requested modifications to the Case Management Scheduling Order are acceptable to the Court then the currently pending Motion to extend the date for expert disclosure can be taken off-calendar.

---

[1] The current Case Management Scheduling Order sets December 18, 2008 as the hearing date for dispositive motions. Counsel request that dispositive motions on that date be for non-expert related issues.

WHEREFORE counsel request the Court approve the modification of the dates set forth above to the Case Management Scheduling Order.

Respectfully submitted,

LAW OFFICE OF DOUGLAS F. CUSHNIE

DATED: Saipan, MP, August 6, 2008.

*/s/ Douglas F. Cushnie*
DOUGLAS F. CUSHNIE
Counsel for Plaintiffs

Respectfully submitted,

CARLSMITH BALL LLP

DATED: Saipan, MP, August 6, 2008.

*/s/ John D. Osborn*
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4833-9156-0962.1.010028-02734

-3.-