F I L E D
Clerk
District Court

AUG - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

Civil Action No. 07-0020

LAW OFFICE OF DOUGLAS F.
CUSHNIE, a sole proprietorship, and
DOUGLAS F. CUSHNIE, individually,

      Plaintiffs,

    v.

BANK OF HAWAII, MARY ROE, and
JOHN DOE,

      Defendants.

**ORDER GRANTING
STIPULATED CASE
MANAGEMENT DATES**

    Now before the Court is the parties' stipulated request to modify the case management order. The Court hereby GRANTS the request. Accordingly, the hearing scheduled for August 7, 2008 at 2:00 pm and the settlement conference scheduled for December 29, 2008 at 9:00 am shall be taken off calendar. The new dates shall be as follows:

    1.    Plaintiff expert disclosure – October 1, 2008;

    2.    Defendant and Third Party Plaintiff expert disclosure – October 1, 2008;

    3.    Plaintiff rebuttal expert disclosure – November 1, 2008;

    4.    Defendant and Third Party Plaintiff rebuttal expert disclosure – November 1, 2008;

    5.    Expert discovery shall be completed by December 15, 2008;

AO 72
(Rev. 08/82)

6. All dispositive motions regarding expert witnesses shall be heard on January 8, 2009. Said motions shall be filed in accordance with Local Rule 7.1;

7. All dispositive motions regarding non-expert related issues shall be heard on December 18, 2008. Said motions shall be filed in accordance with Local Rule 7.1;

8. A settlement conference will be held on January 5, 2009 at 9:00 am.

All other dates set forth in the Case Management Order, including the trial date of February 2, 2009 shall remain unchanged.

**IT IS SO ORDERED.**

**Dated:**   August 7, 2008

*Alex R. Munson*

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE