1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP  96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant and
6  Third-Party Plaintiff, Bank of Hawaii

7

8
                        UNITED STATES DISTRICT COURT
9
                                  FOR THE
10
                          NORTHERN MARIANA ISLANDS
11

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>            Plaintiffs,<br><br>      vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>            Defendants. | CIVIL ACTION NO. 07-0020<br><br>NOTICE OF DEPOSITION |
| BANK OF HAWAII,<br><br>            Third-Party Plaintiff,<br><br>      vs.<br><br>LUCY M. DL GUERRERO,<br><br>            Third-Party Defendant. | |

26
   /////
27
   /////
28

4841-6560-9218.1.010028-02734

To: Douglas F. Cushine
P. O. Box 500949
Saipan, MP 96950

PLEASE TAKE NOTICE that Defendant and Third Party Plaintiff Bank of Hawaii, by its attorneys, Carlsmith Ball LLP, pursuant to Rule 30, of the Rules of Civil Procedure will take the deposition of :

| Name | Date | Time | Location |
| --- | --- | --- | --- |
| Lucy M. Deleon Guerrero | September 10, 2008 | 9:00 a.m. | Bartlet & Kenyon<br>101 N. 1st Ave.<br>Suite 2450<br>Phoenix, AZ 85003-1902 |

Dated this 15th day of August, 2008

Respectfully Submitted,

CARLSMITH BALL LLP

*/s/ John D. Osborn*
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4841-6560-9218.1.010028-02734                    -2.-