1 | CARLSMITH BALL LLP

2 | JOHN D. OSBORN
SEAN E. FRINK
3 | Carlsmith Building, Capitol Hill
P.O. Box 5241
4 | Saipan, MP 96950-5241
Tel No. 670.322.3455
5

Attorneys for Defendant and
6 | Third-Party Plaintiff, Bank of Hawaii

7

8

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| LAW OFFICE OF | CIVIL ACTION NO. 07-0020 |
|---|---|
| DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually, | |
| | AMENDED NOTICE OF DEPOSITION |
| Plaintiffs, | |
| vs. | |
| BANK OF HAWAII, and MARY ROE and JOHN DOE, | |
| Defendants. | |
| BANK OF HAWAII, | |
| Third-Party Plaintiff, | |
| vs. | |
| LUCY M. DL GUERRERO, | |
| Third-Party Defendant. | |

TO:   Lucy M. DL Guerrero

4843-1896-3970.1.010028-02734

1  PLEASE TAKE NOTICE that Defendant and Third Party Plaintiff Bank of Hawaii in
2  the above captioned civil action will take the deposition upon oral examination of **Lucy M. DL**
3  **Guerrero** at 9:00 a.m. on Wednesday, September 10, 2008, before a person authorized by law to
4  administer oaths, at the office of Bartelt & Kenyon, 101 N. 1st Ave., Suite 2540, Phoenix, AZ
5  85003-1902. The deposition will continue from day to day, Saturdays, Sundays and holidays
6  excluded, until completed.
7  Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure you are hereby notified
8  that the deposition shall be done stenograhically and recorded by video recording equipment.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 19, 2008.

JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4843-1896-3970.1.010028-02734                    -2.-