# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0020                                     August 26, 2008
                                               8:36 a.m.

LAW OFFICES OF DOUGLAS CUSHNIE, et al -v- BANK OF HAWAII, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge
             Abigail Robinson. Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             John Osborn, Attorney for Defendants

PROCEEDINGS:   MOTION FOR PROTECTIVE ORDER

No one appeared on behalf of Plaintiff. Defendants were represented by Attorney John Osborn.

Court gave a tentative ruling. No argument from Defense. Court adopted the tentative ruling and GRANTED the motion.

Court stated that a written decision would be forthcoming.

Adjourned 8:37 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy