1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant and
6  Third-Party Plaintiff, Bank of Hawaii

7

8

9                    UNITED STATES DISTRICT COURT

10                              FOR THE

11                    NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br>NOTICE OF DEPOSITION |
| BANK OF HAWAII,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>Third-Party Defendant. | |

TO:   Lucy M. DL Guerrero

4835-1372-3138.1.010028-02734

1    PLEASE TAKE NOTICE that Defendant and Third Party Plaintiff Bank of Hawaii in
2 the above captioned civil action will take the deposition upon oral examination of **Lucy M. DL**
3 **Guerrero** at 9:00 a.m. on Wednesday, September 10, 2008, before a person authorized by law to
4 administer oaths, at the Law Offices of Newcombe, Redman, Ross & Newcombe, P.C., 513 C.
5 Avenue, Lawton, Oklahoma 73501. The deposition will continue from day to day, Saturdays,
6 Sundays and holidays excluded, until completed.
7    Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure you are hereby notified
8 that the deposition shall be done stenograhically and recorded by video recording equipment.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 19, 2008.

JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4835-1372-3138.1.010028-02734                -2.-