1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN E. FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant and
6  Third-Party Plaintiff, Bank of Hawaii

7

8

9                UNITED STATES DISTRICT COURT

10                          FOR THE

11                 NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAW OFFICE OF DOUGLAS F. CUSHNIE, a sole proprietorship, and DOUGLAS F. CUSHNIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF HAWAII, and MARY ROE and JOHN DOE,<br><br>Defendants. | CIVIL ACTION NO. 07-0020<br><br>NOTICE OF DEPOSITION |
| BANK OF HAWAII,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LUCY M. DL GUERRERO,<br><br>Third-Party Defendant. | |

TO:  **DOUGLAS F. CUSHNIE,
      individually**

4817-0466-9698.1.010028-02734

1  PLEASE TAKE NOTICE that Defendant and Third-Party Plaintiff, Bank of Hawaii hereby notices the deposition upon oral examination of Douglas F. Cushnie, individually on the date and time indicated below and at the location indicated below:

| NAME ADDRESS: | DATE/TIME/PLACE: |
|---|---|
| Douglas F. Cushnie | September 17, 2008 at 1:30 pm<br>Law Office of Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii  96809 |

The deposition will be upon oral examination pursuant to Rule 30 of the Rules of Civil Procedure before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine. The Deponent is required to attend.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure you are hereby notified that the deposition shall be done stenograhically and recorded by video recording equipment.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 29, 2008.

_____
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4817-0466-9698.1.010028-02734                -2.-