```
 1  CARLSMITH BALL LLP

 2  JOHN D. OSBORN
    SEAN E. FRINK
 3  Carlsmith Building, Capitol Hill
    P.O. Box 5241
 4  Saipan, MP  96950-5241
    Tel No. 670.322.3455
 5
    Attorneys for Defendant and
 6  Third-Party Plaintiff, Bank of Hawaii

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                              FOR THE
10
                    NORTHERN MARIANA ISLANDS
11
12  LAW OFFICE OF                    CIVIL ACTION NO. 07-0020

13  DOUGLAS F. CUSHNIE,
    a sole proprietorship, and
14  DOUGLAS F. CUSHNIE,              NOTICE OF DEPOSITION
    individually,
15
            Plaintiffs,
16
        vs.
17
18  BANK OF HAWAII, and
    MARY ROE and JOHN DOE,
19
            Defendants.
20
21  BANK OF HAWAII,

22          Third-Party Plaintiff,

23      vs.

24  LUCY M. DL GUERRERO,

25          Third-Party Defendant.

26
27  TO:   LAW OFFICE OF DOUGLAS F. CUSHNIE,
              a sole Proprietorship
28
```

4845-5627-2130.1.010028-02734

PLEASE TAKE NOTICE that Defendant and Third-Party Plaintiff, Bank of Hawaii hereby notices the deposition upon oral examination of the Law Office of Douglas F. Cushnie, a sole proprietorship on the date and time indicated below and at the location indicated below:

| NAME ADDRESS: | DATE/TIME/PLACE: |
|---|---|
| Law Office of Douglas F. Cushnie, a sole proprietorship | September 17, 2008 at 9:00 am<br>Law Office of Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96809 |

The deposition will be upon oral examination pursuant to Rule 30 of the Rules of Civil Procedure before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine. The Deponent is required to attend.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure you are hereby notified that the deposition shall be done stenograhically and recorded by video recording equipment.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 29, 2008.

JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant and
Third Party Plaintiff, Bank of Hawaii

4845-5627-2130.1.010028-02734                -2.-